UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY N-24-1

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:24CR 226 (JAM)(RAR) |
| v. | VIOLATIONS: |
| NICHOLAS KINGSLEY | 18 U.S.C. §§ 922(g)(1) and 924(a)(8) (Unlawful Possession of a Firearm and Ammunition by a Felon) |
| | 18 U.S.C. §§ 922(o) and 924(a)(2) (Unlawful Possession of a Machinegun) |
| | 26 U.S.C. §§ 5841, 5845(b), 5861(d), and 5871 (Possession of an Unregistered Machinegun) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Unlawful Possession of a Firearm by a Felon)

1. From at least on or about April 1, 2024 through on or about April 16, 2024, the exact dates being unknown to the Grand Jury, in the District of Connecticut and elsewhere, the defendant NICHOLAS KINGSLEY, having been, and knowing that he had been, previously convicted in the Superior Court of the State of Connecticut of a crime punishable by imprisonment for a term exceeding one year, that is:

  a. Assault in the Second Degree in violation of Connecticut General Statutes § 53a-60 on or about August 5, 2005;

  b. Larceny in the Third Degree in violation of Connecticut General Statutes § 53a-124 on or about September 4, 2008;

    c. Criminal Possession of a Pistol or Revolver in violation of Connecticut General Statutes § 53a-217c on or about September 4, 2008;

    d. Sale of a Hallucinogen/Narcotic Substance in violation of Connecticut General Statutes § 21a-277(a) on or about November 6, 2014;

    e. Sale of a Hallucinogen/Narcotic Substance in violation of Connecticut General Statutes § 21a-277(a) on or about November 6, 2014;

    f. Possession of a Controlled Substance in violation of Connecticut General Statutes § 21a-279(a) on or about November 6, 2014;

    g. Sale of a Hallucinogen/Narcotic Substance in violation of Connecticut General Statutes § 21a-277(a) on or about December 11, 2014;

    h. Sale of a Narcotic Substance in violation of Connecticut General Statutes § 21a-277(a)(1)(A) on or about March 20, 2018; and

    i. Possession of Narcotics with Intent to Sell in violation of Connecticut General Statutes § 21a-277(a)(1)(A) on or about September 20, 2022,

did knowingly possess a firearm in and affecting commerce, that is:

    a. Remington Model 34 .22LR caliber rifle bearing serial number 10774;

    b. Ruger 10/22 .22LR caliber rifle bearing serial number 116-44824;

    c. Bushmaster XM-15 E2S 5.56mm rifle, bearing serial number L326807 with 10 rounds of .556 ammunition;

    d. North American Arms .22 magnum pistol with obliterated serial number containing five rounds of .22 caliber ammunition;

    e. Taurus TCP PT738 .380 ACP caliber pistol bearing serial number 21702F; and

    f. Daewoo DP51C 9mm (9x19) caliber pistol bearing serial number BB000814,

each of which had been shipped and transported in interstate and foreign commerce.

    In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT TWO
(Unlawful Possession of Ammunition by a Felon)

2.  On or about April 16, 2024, in the District of Connecticut, the defendant NICHOLAS KINGSLEY, having been, and knowing that he had been, previously convicted in the Superior Court of the State of Connecticut of a crime punishable by imprisonment for a term exceeding one year, that is:

   a. Assault in the Second Degree in violation of Connecticut General Statutes § 53a-60 on or about August 5, 2005;

   b. Larceny in the Third Degree in violation of Connecticut General Statutes § 53a-124 on or about September 4, 2008;

   c. Criminal Possession of a Pistol or Revolver in violation of Connecticut General Statutes § 53a-217c on or about September 4, 2008;

   d. Sale of a Hallucinogen/Narcotic Substance in violation of Connecticut General Statutes § 21a-277(a) on or about November 6, 2014;

   e. Sale of a Hallucinogen/Narcotic Substance in violation of Connecticut General Statutes § 21a-277(a) on or about November 6, 2014;

   f. Possession of a Controlled Substance in violation of Connecticut General Statutes § 21a-279(a) on or about November 6, 2014;

   g. Sale of a Hallucinogen/Narcotic Substance in violation of Connecticut General Statutes § 21a-277(a) on or about December 11, 2014;

   h. Sale of a Narcotic Substance in violation of Connecticut General Statutes § 21a-277(a)(1)(A) on or about March 20, 2018; and

   i. Possession of Narcotics with Intent to Sell in violation of Connecticut General Statutes § 21a-277(a)(1)(A) on or about September 20, 2022,

did knowingly possess ammunition in and affecting commerce, specifically:

   a. Thirteen rounds of M90 9x19 caliber ammunition found inside a handgun with no serial number;

   b. Eight rounds of Sellier and Bellot .45 caliber ammunition found inside a pistol with no serial number with a white plate handle with "1911" inscribed on it;

3

  c. Ten rounds of Herter's Inc. 9mm ammunition;

  d. Ten rounds of Federal Cartridge Co. 9mm ammunition; and

  e. Four rounds of Winchester 9mm ammunition,

each of which had been shipped and transported in interstate and foreign commerce.

  In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT THREE
(Unlawful Possession of a Machinegun)

  3. From at least on or about April 1, 2024 through on or about April 16, 2024, the exact dates being unknown to the Grand Jury, in the District of Connecticut and elsewhere, the defendant NICHOLAS KINGSLEY, did knowingly possess a machinegun, as that term is defined in Title 26, United States Code, Section 5845(b), that is, three yellow and black Glock-style machinegun conversion devices ("MCDs").

  In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

COUNT FOUR
(Possession of an Unregistered Machinegun)

  4. From at least on or about April 1, 2024 through on or about April 16, 2024, the exact dates being unknown to the Grand Jury, in the District of Connecticut and elsewhere, the defendant NICHOLAS KINGSLEY, did knowingly possess a firearm, that is, three black "auto sear" machinegun conversion devices ("MCDs"), which are designed to shoot as a machinegun, and none of which are registered to him in the National Firearms Registration and Transfer Record.

  In violation of Title 26, United States Code, Sections 5841, 5845(b), 5861(d), and 5871.

## FORFEITURE ALLEGATION
(Firearms Offenses)

5.     Upon conviction of one or more of the firearms offenses alleged in Counts One through Three of this Indictment, the defendant NICHOLAS KINGSLEY, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following:

a. Thirteen M90 9x19 caliber rounds of ammunition located in a pistol with no serial number, which were seized from the defendant on or about April 16, 2024 in Enfield, Connecticut;

b. Eight Sellier and Bellot .45 caliber rounds of ammunition located in a pistol with no serial number with a white plate with "1911" inscribed on it, which were seized from the defendant on or about April 16, 2024 in Enfield, Connecticut;

c. Ten rounds of Herter's Inc. 9mm ammunition located in an extended magazine, which were seized from the defendant on or about April 16, 2024 in Enfield Connecticut;

d. Ten rounds of Federal Cartridge Co. 9mm ammunition located in an extended magazine, which were seized from the defendant on or about April 16, 2024 in Enfield, Connecticut;

e. Four rounds of Winchester 9mm ammunition located in an extended magazine, which were seized from the defendant on or about April 16, 2024 in Enfield, Connecticut;

f. Gold/yellow colored Glock switch, which was seized from the defendant on or about April 16, 2024 in Enfield, Connecticut;

g. "Ghost gun" pistol with threaded barrel with flash suppressor and laser attachment, which were seized from the defendant on or about April 16, 2024 in Enfield, Connecticut;

h. "Ghost gun" pistol with laser attachment, which were seized from the defendant on or about April 16, 2024 in Enfield, Connecticut; and

i. "Ghost gun" .45 caliber pistol with a white plate with "1911" inscribed on it, which was seized from the defendant on or about April 16, 2024 in Enfield Connecticut,

j. Ruger 10/22, .22LR caliber rifle bearing serial number 116-44824, which was seized on or about April 18, 2024 from a Ford Expedition with Connecticut Registration BM

5

11763 in Agawam, Massachusetts;

k. Remington Model 34 .22LR caliber rifle bearing serial number 10774, which was seized on or about April 18, 2024 from a Ford Expedition with Connecticut Registration BM 11763 in Agawam, Massachusetts;

l. Rock Island Armory 1911 .45 ACP caliber pistol with no serial number, which was seized on or about April 18, 2024 from a Ford Expedition with Connecticut Registration BM 11763 in Agawam, Massachusetts;

m. Mossberg Model 395KA 12-gauge Shotgun containing two shotgun shells, which was seized on or about April 18, 2024 from a Ford Expedition with Connecticut Registration BM 11763 in Agawam, Massachusetts;

n. Bushmaster XM-15 E2S 5.56mm rifle bearing serial number L326807 with ten rounds of .556 ammunition, which was seized on or about April 18, 2024 from a Ford Expedition with Connecticut Registration BM 11763 in Agawam, Massachusetts;

o. North American Arms .22 magnum pistol with obliterated serial number and five rounds of .22 caliber ammunition, which was seized on or about April 18, 2024 from a Ford Expedition with Connecticut Registration BM 11763 in Agawam, Massachusetts;

p. Taurus TCP PT738, .380 ACP caliber pistol bearing serial number 21702F, which was seized on or about April 18, 2024 from a Ford Expedition with Connecticut Registration BM 11763 in Agawam, Massachusetts;

q. Daewoo DP51C 9mm (9x19) caliber pistol bearing serial number BB000814, which was seized on or about April 18, 2024 from a Ford Expedition with Connecticut Registration BM 11763 in Agawam, Massachusetts;

r. 80 Percent Arms GST-9, .357 Sig caliber pistol with no serial number, which was seized on or about April 18, 2024 from a Ford Expedition with Connecticut Registration BM 11763 in Agawam, Massachusetts;

s. Polymer 80 PF940C .40 S&W caliber pistol with no serial number, which was seized on or about April 18, 2024 from a Ford Expedition with Connecticut Registration BM 11763 in Agawam, Massachusetts;

t. Polymer 80 PF940C 9MM (9x19) caliber pistol with no serial number, which was seized on or about April 18, 2024 from a Ford Expedition with Connecticut Registration BM 11763 in Agawam, Massachusetts;

u. Polymer 80 PF940V2 .357 Sig caliber pistol with no serial number, which was seized on or about April 18, 2024 from a Ford Expedition with Connecticut Registration BM 11763 in Agawam, Massachusetts;

    v. Privately manufactured .223 caliber rifle with no serial number, which was seized on or about April 18, 2024 from a Ford Expedition with Connecticut Registration BM 11763 in Agawam, Massachusetts; and

    w. Smith & Wesson Bodyguard, .380 ACP caliber pistol with obliterated serial number and ten rounds of .380 caliber ammunition, which was seized on or about April 18, 2024 from a Ford Expedition with Connecticut Registration BM 11763 in Agawam, Massachusetts,

and all associated ammunition, magazines, and firearm accessories, which were seized on or about April 16, 2024 in Enfield, Connecticut, and on or about April 18, 2024 in Agawam, Massachusetts.

All in accordance with Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461(c); and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

FORFEITURE ALLEGATION
(National Firearms Act Offense)

6.    Upon conviction of the offense charged in Count Four of this Indictment, the defendant NICHOLAS KINGSLEY, shall forfeit to the United States, pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c), all firearms involved in the commission of the offense, including but not limited to:

    a. Three Glock-style machinegun conversion devices which were seized on or about April 18, 2024 from a Ford Expedition with Connecticut Registration BM 11763 in Agawam, Massachusetts, and

    b. Three "auto-sear" machinegun conversion devices, which were seized on or about April 18, 2024 from a Ford Expedition with Connecticut Registration BM 11763 in Agawam, Massachusetts.

All in accordance with Title 21, United States Code, Section 853; Title 26, United States Code, Section 5872; Title 28, United States Code, Section 2461(c); and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON

UNITED STATES OF AMERICA

*Vanessa Roberts Avery*
VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

CHRISTOPHER J. LEMBO
ASSISTANT UNITED STATES ATTORNEY