UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 3:24-cr-226 (MPS) |
| v. : | |
| : | |
| NICHOLAS KINGSLEY : | |

PRELIMINARY ORDER OF FORFEITURE

The Defendant, Nicholas Kingsley, having pleaded guilty to Count One, Count Three, and Count Four of the Indictment, charging a violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8) (Unlawful possession of a firearm by a felon); 18 U.S.C. §§ 922(o) and 924(a)(2) (Unlawful possession of a machinegun); and 26 U.S.C. §§ 5841, 5846(b), 5861(d), and 5871 (Possession of an unregistered machinegun).

Accordingly, it is hereby:

ORDERED, ADJUDGED AND DECREED that, pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), 26 U.S.C. § 5872, and 21 U.S.C. § 853(a), all right, title, and interest that the Defendant Nicholas Kingsley may have in the following:

(1) Thirteen M90 9x19 caliber rounds of ammunition located in a pistol with no serial number;
(2) Eight Sellier and Bellot .45 caliber rounds of ammunition located in a pistol with no serial number with a white plate with "1911" inscribed on it;
(3) Ten rounds of Herter's Inc. 9mm ammunition located in an extended magazine;
(4) Ten rounds of Federal Cartridge Co. 9mm ammunition located in an extended magazine;
(5) Four rounds of Winchester 9mm ammunition located in an extended magazine;
(6) Gold/yellow colored Glock switch;
(7) "Ghost gun" pistol with threaded barrel with flash suppressor and laser attachment;
(8) "Ghost gun" pistol with laser attachment;
(9) "Ghost gun" .45 caliber pistol with white plate with "1911" inscribed on it;
(10) Ruger 10/22 .22LR caliber rifle bearing serial number 116-44824;
(11) Remmington Model 34 .22LR caliber rifle bearing serial number 10774;

    (12)    Rock Island Armory 1911 .45 ACP caliber pistol with no serial number;
    (13)    Mossberg Model 395KA 12-gauge shotgun containing two shotgun shells;
    (14)    Bushmaster XM-15 E2S 5.56mm rifle bearing serial number L326807 with ten rounds of .556 ammunition;
    (15)    North Americans Arms .22 magnum pistol with obliterated serial number and five rounds of .22 caliber ammunition;
    (16)    Taurus TCP PT738 .380 ACP caliber pistol bearing serial number 21702F;
    (17)    Daewoo DP51C 9mm (9x19) caliber pistol bearing serial number BB000814;
    (18)    80 Percent Arms GST-9, .357 Sig caliber pistol with no serial number;
    (19)    Polymer 80 PF940C .40 S&W caliber pistol with no serial number;
    (20)    Polymer 80 PF940C 9mm (9x19) caliber pistol with no serial number;
    (21)    Polymer 80 PF940V2 .357 Sig caliber pistol with no serial number;
    (22)    Privately manufactured .223 caliber rifle with no serial number;
    (23)    Smith & Wesson Bodyguard, .380 ACP caliber pistol with obliterated serial number and ten rounds of .380 caliber ammunition;
    (24)    Three Glock style machinegun conversion devices; and
    (25)    Three "auto-sear" machinegun conversion devices, is hereby condemned and forfeited to the United States of America.

IT IS FURTHER ORDERED that, pursuant to 21 U.S.C. § 853(g) and Fed. R. Crim. P. 32.2(b)(3), the Attorney General of the United States or his authorized designee shall seize said property and conduct any discovery proper in identifying, locating, or disposing of the property subject to forfeiture, and to commence proceedings that comply with any statues governing third-party rights.

IT IS FURTHER ORDERED that, pursuant to 21 U.S.C. § 853(n), the United States shall publish notice of the forfeiture in a manner consistent with the provisions of Supplemental Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, which may include publication on the Government's forfeiture website on the internet (http://www.forfeiture.gov). The United States shall also, to the extent practicable, provide written notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture of the property in the ancillary proceeding. The foregoing publication and written notice shall include notice of the government's intent to dispose of the property in

accordance with the law, and notice that any person, other than the Defendant, having or claiming a legal interest in any of the above-listed forfeited property must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

IT IS FURTHER ORDERED that, pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the Defendant at the time of sentencing and shall be made part of the sentence and included in the Judgment.

IT IS FURTHER ORDERED that, pursuant to Fed. R. Crim. P. 32.2(c)(2), upon adjudication of all third party interests, this Court will enter a Final Order of Forfeiture.

SO ORDERED this 5th day of March , 2026 at Hartford, Connecticut.

_____/s/_____
HON. MICHAEL P. SHEA
UNITED STATES DISTRICT JUDGE